THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Randolph Scott Freeman, Appellant.
 
 
 
 
 

Appeal From Pickens County
D. Garrison Hill, Circuit Court Judge

Unpublished Opinion
 No. 2010-UP-116
 Submitted January
 4, 2010  Filed February 11, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of
 Greenville, for Respondent.
 
 
 

PER CURIAM: Randolph Scott Freeman was convicted of indecent
 exposure and sentenced to three years' imprisonment concurrent to his revoked
 probationary sentence.  Freeman appeals arguing the trial court erred in
 allowing the deaf victim to use an unqualified interpreter.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.